IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VISUAL COMMUNICATIONS, INC., | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION |
|        v. | : | |
| | : | NO. 08-1877 |
| KONICA MINOLTA BUSINESS | : | |
| SOLUTIONS U.S.A., INC., | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, this 27th ___ day of April 2009, it is **ORDERED** that the Motion for Summary Judgment of Defendant Konica Minolta Business Solutions U.S.A., Inc. (Doc. #20) is **GRANTED** in part and **DENIED** in part:

- The motion (Doc. #20) is **GRANTED** as to the plaintiff's claims of breach of an express warranty and of breach of the implied warranty of fitness for a particular purpose; and

- The motion (Doc. #20) is **DENIED** as to the plaintiff's claim of breach of the implied warranty of merchantability.

                                                                         s/Anita B. Brody
                                                  _____
                                                  ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: